IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNETH FORD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                          CASE NO. 1D16-409

COLUMBIA COUNTY
COMBINED
COMMUNICATION CENTER,

Appellee.

_____/

Opinion filed July 8, 2016.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Kenneth Ford, Pro Se.

Joel F. Foreman of Foreman, McInnis & Associates, PA, Lake City, for Appellee.

PER CURIAM.

        AFFIRMED.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.